UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMITA BHANDARY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRADOOT GHATAK, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-07208-EKL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 9 |

On September 2, 2025, the Court screened the complaint in this case pursuant to 28 U.S.C. § 1915(e) and dismissed Plaintiff's claims with leave to file an amended complaint by October 2, 2025. ECF No. 9 at 4. As of the date of this Order, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 20, 2025, why her claims should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: October 6, 2025

　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　United States District Judge